# Order

Michigan Supreme Court
Lansing, Michigan

July 13, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142237 & (39)

SHERRY LOAR, MICHELLE BERRY,
and PAULETTE SILVERSON,
       Plaintiffs-Appellants,

v

DEPARTMENT OF HUMAN SERVICES
and DIRECTOR OF DEPARTMENT OF
HUMAN SERVICES,
       Defendants-Appellees.

SC: 142237
COA: 294087

_____/

On order of the Court, the motion for leave to file brief amicus curiae is GRANTED. The application for leave to appeal the September 22, 2010 order of the Court of Appeals is considered, and it is DENIED, because the questions presented are moot.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 13, 2011

_____
Clerk

d0706